# United States Court of Appeals
## For the First Circuit

No. 08-2178

MAYA CENDRAWASIH,

Petitioner,

v.

ERIC H. HOLDER, JR.,[*] ATTORNEY GENERAL,

Respondent.

**ERRATA**

The opinion of this court issued on July 2, 2009, should be amended as follows:

On page 2, line 3, change "Appeals ("BIA")'s" to "Appeals' ("BIA")".

On page 3, line 4, change "IJ" to "immigration judge ("IJ")".

---

[*]Pursuant to Fed. R. App. P. 43(c)(2), Attorney General Eric H. Holder, Jr. has been substituted for former Attorney General Michael B. Mukasey as respondent.